AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 12, 2024**

SEAN F. McAVOY, CLERK

LELAND H. OWENS,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| SNOOP DOGG, | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.   1:24-CV-3152-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____.

✔  other:  This action is DISMISSED without prejudice for failing to pay the filing fee, failing to allege any federal jurisdiction, and failure to serve the Defendants.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

✔  decided by Judge   Thomas O. Rice

Date:  12/12/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams